① of 8         CI12-4799

RECEIVED IN THE CLERK OF THE DISTRICT COURT
DEC 12 2012

To whom it may concern:

Complaint

Mr. ~~Christian Wild~~

PO Box ~~1363~~

~~Studio City, Ca. 91614~~

2012 DEC 14 PM 4 46
LANCASTER COUNTY
CLERK OF THE DISTRICT COURT

Regards:  Introduction to heart letter

~~Dear Mr. Wild,~~

   ~~First, I would like to thank you for all of your hard work, research, help and information about the heart for the listeners of Coast To Coast. I listen and record every program you are on.~~

I have called and\or spoken with ~~ten~~ 20 NOW attorneys in this area, but none of them would allow me an in-person consultation, even though they had advertised "free consultation". Their first question would always be "what's this about?" It's impossible to adequatlely  explain the nightmare I have been through in one or two minutes on the phone or in person. Maybe they are less interested when they know that my only income is Social Security Retirement. I need an attorney who will take my case on a contingency basis. I hope you can help as soon the statute of limitations may apply.

~~I am sending an extra copy for the attorney you said you know.~~

   I hope to hear from you soon,

   Jeff Meijers


GOVERNMENT EXHIBIT A


001214025D02



On December 14, 2010 DDS Reddy, at the Peoples Health Center in Lincoln, Ne., while using a high-speed drill, sprayed large amounts of water into my lungs. Her assistant, who had a suction wand, just stood there and only used it to clean up the waste when the dentist took a break. In fifty years that I have had dental work done, I often had a suction tube placed in my mouth when water-drill work was being done. My head was tilted back which caused the windpipe to be open and I immediately started to cough trying to get the water out of my lungs but every time I did the dentist had to stop work so I tried to suppress my coughing as much as possible. I realized later that I should have asked or insisted that the assistant keep the suction wand in the back of my throat while the dentist was drilling but I assumed that they knew what they were doing and maybe there was some reason that was not possible and I hesitated to tell professionals what to do. Every time she stopped because of my coughing she asked me if I was okay. I said not really but let's get it done. This tooth was important to save because it and the opposing back molar were the last two molars I had left to chew with. After the second and third wave of water into my lungs followed by more violent coughing I was shaking and could hardly speak. I was in very bad shape but was determined to let Dds Reddy finish this important tooth. After the fourth wave of water I was coughing so hard that she was going to let me rest for awhile. I was so grateful but it was probably too late. My right lung was probably already collapsed and my aortic heart valve shredded from the violent coughing. While waiting and trying to recover I saw Dr. Halls from the medical side of the Center in the hallway. I recognized him from a previous medical appt. I knew then that they were concerned, as I had never seen a doctor from the medical side on the dental side on any previous appointments. But he did not come in to check on me . In my opinion this inaction was also negligent. Maybe he was afraid that he would find me in such bad shape that he would have to call an ambulance and give me hard evidence to file a lawsuit.

After about a half an hour Dds Reddy returned and said she only had a little way to go to finish. When it was done I was barely able to walk out to the lobby. I had to rest in the lobby for about 45 min. to muster the strength to drive home.



I had quite a few very hard coughing spells that evening and difficulty sleeping. I thought maybe I had picked up a virus but I thought it was odd that I didn't have any sinus congestion or body aches associated with a cold or flu. I would wake up suddenly, coughing and not able to breathe and it felt like I was suffocating. I would have to take 11 to 15 breaths as deep as possible to keep from passing out. I now have a good idea what waterboarding must be like.

I barely made it through the holidays as the suffocating torture and violent coughing continued to get worse. I lost about ten pounds but I was determined to make it to January 3rd, the next Social Security payday as it looked more inevitable every day that I would need to be hospitalized and I would need the extra money. On January 5th I drove to Seward hospital. I collapsed in the lobby because I couldn't breathe after the cold air hit my lungs. Within an hour they called an ambulance to rush me to Saint Elizabeths hospital in Lincoln, Ne.

They took x-rays that evening and the next day cardiologist Dr. Baswa and other doctors visited me first and then a few hours later, Dr. Reichsmuth punched a hole in my back to drain the right lung. I knew after a pint of fluid was drained out, as I coughed hard a few times and it was a tremendous relief to breathe normally for the first time in two weeks. After more tests and x-rays the next day, Dr. Baswa and other doctors visited me again and told me about my collapsed lung and also about a possible shredded aortic heart valve. Then they took an echogram machine next to my bed and I could see strings of flesh around the aortic valve waving in my bloodstream !! I was stunned.

I had been telling all the doctors and nurses what had happened in the dentist's chair and ~~and~~ about the following weeks of constant violent coughing and suffocating while trying to sleep. But none of them ever answered or made a comment. I assumed their lack of response about the causes of my collapsed lung and constant violent coughing and shredded aortic valve, was because of the possibility that I would initiate a lawsuit agianst the Peoples Center and/ or Dds. Reddy. I also told all of the doctors that I had never had any previous problems with my heart or lungs.

The next day Dr. Baswa and Dr. Gillum told me that I needed open heart surgery to replace my damaged aortic valve. I guess I went into shock to realize that I needed a major heart operation just because of a dentist's appointment or I would die soon! How could this be?! But they still refused to admit that there was a connection between the dentist's appt. and the reason I was in such bad shape now. It was clear to me why and it was also clear to me why none of the doctors would confirm what was obvious, at least in my presence. I'm sure they knew quite well that anything they said to me about the causes would be repeated by me to an attorney. I am sure they did not want to have to testify in court.

I was angry and disappointed that they refused to discuss this with me and told them I did not want the operation and that I was going to leave the hospital and return home to die. The next day a psychiatrist visited my room to interview me. I don't remember any THINGS that was said. The following day, while I was taking a shower, preparing to leave, a doctor opened the bath door and demanded to know why I wouldn't let them operate on me. I said, " I am taking a shower, give me five minutes." He replied, "No, you tell me NOW, I am not going to return later." He then left and didn't return.



By now I was thinking, " well, so be it." I was 66 and ready to meet my Maker. Since they had drained my lung, I could breathe again and felt a lot better and thought maybe I'd be okay and if not I would probably die in my sleep. There are worse ways to go. But within a few days I knew they were correct about the shredded, leaking aortic filling up my lung again. I was having a lot of trouble getting enough air into my lungs to do household chores, etc. I thought I could handle it until I died but I realized like last time that death by suffocation , while trying to sleep , is a nasty tortuous way to go. By Feb. 11, I couldn't handle it any more. I staggered around the house so winded it took 2 hours to get dressed and throw a few things together to take to the hospital. I should have called an ambulance, but it would have cost $1,000 because that is how much I was charged for the last one and I was already getting bills from Seward Hospital and St. Elizabeth's etc. for $5-8,000.

Of course it had to be a very cold day, which made it more difficult to breathe. I put on a ski mask, took a lot of deep breaths and quickly walked the 20 feet to my vehicle and got it started and made it back to the house and had to fight and breathe deep and fast to keep from passing out. I drove to St. Elizabeth's and proud that I'd made it okay, but it was only about 10 degrees and I only got as far as 2 cars away and I collapsed on the hood of a car. Luckily, there was a man standing outside by the door and I yelled, "help me, please! " A nurse rushed outside with a wheelchair and took me inside. The next day a different doctor punched a hole in my back again and drained another pint of fluid. The following day I signed a lot of forms to allow them to try to keep me alive by replacing my aortic valve with a cow's valve. On Feb. 13 they took more blood samples, x-rays and a lot of other tests again to prepare me for the operation. I lay in bed that evening wondering, as I had a hundred times the past 7 weeks if I would be alive the next day which was Valentines Day! Wow! Maybe that day's association with the heart would help. To add another light [?] note to all this seriousness, I was 66.6 on the almost fatal Dec. 15th dentists' appt. The next morning they gave me a sedative and I vaguely remember being wheeled out of my room and nothing else until I woke later that night.

The brochures I received at St. Elizabeths' after the operation said the cow's valve may last only a few years and I was not given any more information than this from any of the doctors. I was going thru so much at the time that I never thought to ask. Now with no Medicare PT. B and deep in debt , I have not been able to afford to see a doctor since to inquire about this. Even if the valve might last 5 or 10 years, what then?! ; another major heart operation ? The older I become, the riskier major surgery becomes. In 8 years at age 75? I doubt it very much.

4:13-cv-03064-JMG-CRZ Doc # 1-1 Filed: 03/20/13 Page 5 of 9 - Page ID # 8



Around April of 2011 I called Mrs. McFarland who was the manager of the Peoples Health Center [ dental only ? ]. I told her about the negligence of Dds. Reddy and the dental assistant in not taking proper precautions to keep water out of my lungs and my violent coughing in the dental chair, followed by weeks of coughing 10-20 times a day and the many occasions of almost suffocating to death at night, and the consequent shredded aortic heart valve, necessitating my valve replacement operation.

All she had to say was," I didn't know that." I think that would be highly unlikely. More likely she was told or made the decision on her own to say as little as possible after conferring with Dds. Reddy and other Center management and Dr. Halls and / or other doctors there. To confirm my suspicion that she knew a lot more than she admitted to over the phone, I made one more appointment to fill a small cavity and to have my teeth cleaned.

I knew something was up when I entered the room and the director of the dental office, Dr. Paulis was there and also a woman who was writing on a clip-board. I'm sure both of them knew from conferring with Mrs. McFarland and Dds. Reddy etc. that I had almost died from my last appt. But for the record of the clip-board lady I said," PLEASE be careful not to get any water in my lungs AGAIN ! And told them the same things I had told Mrs. McFarland. Dr. Paulis said, "Don't worry, I don't need to use a high-speed drill with water this time. When he finished the filling, I asked him if I needed another appt. for the teeth cleaning. He said, "Your teeth can not be cleaned anymore because the bacteria may infect your cow's valve and you could die within a week. " Could this be true ?! Or a strong hint tactic to discourage me from returning to the Center ?

Dentist Reddy had a strong Indian-British accent. She had worked on my teeth 2 or 3 times before and when she started work she often kept up a constant stream of rapid talking that I could not understand. Was she partially or fully trained in India ? If so, did she get her Dds. Accredidation here in the U.S. ?, at the University of Nebraska-Lincoln college of Dentistry or elsewhere ? These may be questions my attorney may to inquire about in preparation or in court because of a possible lack of proper training and consequent negligence.



What can I expect to happen when my heart begins to fail or fails suddenly ? Do I have a year left ?, or 4,5,7 ? This incident has most likely shortened my life considerably. What is 5-10 years of life worth in compensation ? Besides the additional risk every year that goes by for another valve replacement, I'm not sure I could mentally or emotionaly handle another major heart surgery because something has radically changed with my ability to handle stress since the operation. It's very embarrassing for a man. I start crying now with the slightest amount of stress. I cry reading about tradgedies in the newspaper or on the radio. I've broke down many times while writing this and every time I try to tell a friend or any one else in person or on the phone etc. I've broke down sobbing when outside in stores or other public places when I hear certain words or phrases ie.-suffocation, heart operation etc. I cryed for over an hour in the community room at Malone Manor where I live now after I locked myself out last month. There are many more incidents like this and it can be dangerous in public as I could be taken advantage of or robbed etc. But I don't feel it is necessary to relate more incidents as I'm sure my attorney or the court will understand from these examples and I'm trying to keep this statement as short as possible. I was never like this before the dentist appointment so I have arrived at the conclusion that I am now suffering from P.T.S.D.- Post traumatic stress disorder and if so I may need many sessions with a psychiatrist with the hope that I can be helped. A good psychiatrist may cost $1-200. An hour and I may need 10- 20 sessions or more as this problem has not improved at all over the last year and a half. This should be included in the settlement compensation.

This is also why it has taken me 6 months to compose this statement as it would be very difficult to impossible for me to relate all of this to my attorney or in court. This is also why I hope the court will show mercy and give me an extension in case I am not able to file this within the Statulute of Limitations 2 year time limit and also understand why I may not be able to hold up for long for testimony in court but of course I will try my best.

I had to sell my home I had been paying for on a land contract for $ 15,000 at 6% initiated in 1998. By the summer of 2011 I had paid only $ 12,000 because expenses and bills from my heart operation and also because it was 100 years old and had been neglected for 20- 30 years before I bought it. It was 100 years old when I bought it and so it needed thousands for paint, gutters, a new roof and much more as it leaked gallons into the kitchen every time it rained a lot. Plus I paid the taxes and insurance so you can imagine why it got me deep in credit card debt. I'm still paying for the roof on a credit card !

After my heart operation I couldn't mow the lawn, shovel snow, finish the roof repairs on only a Social Security income which would have left me no choice but to do most of the work myself , but all of that was impossible after the operation. So as a result I had to settle with the contract holders power of attorneys' daughter, Daphne Blauser for only $700, Because I couldn't afford an attorney. Atty. Blevens of Seward, Ne. will verify this. I signed the "Quit Claim Deed" in his office.

So I am requesting of the court that I be compensated for the loss of about $11,000 for the loss of my home.

Medicare Pt. A paid for my hospital stays at St, Elizabeths' and Seward hospitals and the surgeon's and cardiologists expense's which totaled about $90,000. But all of the rest of the lab test



⑦

fees, x-rays and all else were written of to charity after I submitted the required financial forms. I am requesting as part of my settlement agreement that the Peoples Center repay all that was written off to charity.

The ambulance from Seward to Lincoln was $980. Which I still owe.

As far as personal expenses, if I had been able to stay at my home in Seward I would have had it paid off or nearly so by now but instead I've had to pay rent at Malone Manor of $314. Monthly since November 2011 and multply that by the amount of time until the case is settled. The $314 will rise to $335. In Jan. 2013. I would have had utilities and upkeep at my previous home of about $125. A month so that may need to be subtracted. Add to that eight round trips of 60 miles to move at 10mpg at $3.70 a Gal. avg.= over $400. Also add the cost so far for auto garage repairs since I have the tools and knowledge to do almost all repairs and auto maintenance myself at home which are not allowed at this apt. complex=$600.-2 tows and labor, also add I've had to drive 20 mi. round trip to a friend's home 6 times this summer for oil change, brake repair, engine tune-up, wheel bearing work etc. I want to be reimbursed for that =$200 or more fairly = $600. Including my labor as I'm sure a repair shop would have charged that much or more.

For the rest of my life I must take many supplements for the heart. The prescription's the doctor gave me caused bad side effects so I had to stop. It's good that I've learned a lot about herbs, health, etc. the last 30 years so I know what else to take. These include but are not limited to : Hawthorne, Aged garlic, CoQ10, magnesium, Ginko and more of other vitamins which cost about $70. A month X 10 [?] years = $900-1200- inflation... IF ...I don't have any complications in the years ahead which at my age is quite likely, so I need to be allotted about an extra $5-10,000 for that distinct probability.

I must reinstate Medicare PT. B which Soc.Sec. quoted to me for $450. A month !! as I need a cardiologist's check-up every 6 mo. Or 10 plus[?] years at $800 to $1000. Per visit.

So the grand total compensation for the forced loss of my home, extra lodging rent, moving expenses, ambulance, and other past expenses not covered by Medicare and future medical expenses should total about $ 60 to 80,000.

As for additional compensation for pain and suffering and an additional compensation for my greatly reduced quality of life and a 5 to 10 year shortened life span, IF the Peoples Center and / or dentist Reddy agree to settle out of court in a reasonable period of time; I may accept $7 to $800,000 after legal expenses. but again considering my expected shortened life span, if they drag this out to a jury trial then that amount should be doubled or tripled. Of course it all depends on what my attorney advises.

But I am sure amounts like that will get their attention and send an important message to Dds. Reddy, the Peoples Center, UNL Dental College and other dental college's to implement teaching instructions to insure or at least greatly reduce the chances of filling a patient's lungs with water while using high-speed water cooled drills so that no one else will have to go through the horrible suffering that I did.



Jeff Meijers, 737 N. 22nd, Apt. 305, Lincoln, Nebraska

Phone number : 402-641-6577  If my cellphone is out of service because I couldn't afford a phone card, please contact Jim Friedman, Mgr. Malone Manor at 402-476-8895.

Peoples Health Center : 1021 N. 27th, Lincoln, Ne. 68503, 402-476-1455, Administrative- 402-476-1640.

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| JEFF MEIJERS, | ) | Case Number: CI 12-4799 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PEOPLES HEALTH CENTER/ | ) | |
| DDS. REDDY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff is given leave to proceed in forma pauperis.

Dated December 14, 2012.

BY THE COURT:

Andrew R. Jacobsen
District Judge

LANCASTER COUNTY
2012 DEC 14 PM 4 46
CLERK OF THE
DISTRICT COURT

001214024D02