IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF MEIJERS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PEOPLE'S HEALTH CENTER, DDS REDDY,<br><br>　　　　　　　Defendants. | 4:13CV3064<br><br>**FINDINGS AND RECOMMENDATION** |

On April 10, 2013, the defendant moved to dismiss this case. (Filing No. 8). The plaintiff did not respond to the motion to dismiss.

On May 30, 2013, Plaintiff moved for appointment of counsel. (Filing No. 12). The motion was denied. (Filing No. 13). The order denying appointed counsel stated the plaintiff was given until June 13, 2013 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 13). The plaintiff has failed to comply with the court's order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Meijers' claims be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff at the address of record.

June 24, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge