IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF MEIJERS,<br><br>         Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | 4:13-CV-3064<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on its own motion, as plaintiff Jeff Meijers has not filed an amended complaint within the time set forth in the Court's previous order. On June 26, 2013, the Court granted in part and denied in part a motion to dismiss this case filed by defendants People's Health Center and D.D.S. Reddy, and substituted the United States of America as the named defendant. Filings 8 and 15. The Court dismissed Meijers' complaint without prejudice, but gave him leave to file an amended complaint on or before July 26, 2013. That order also notified Meijers that failure to file an amended complaint within the deadline would result in this case being dismissed without prejudice and without further notice. Filing 15.

      The deadline has passed, and Meijers has not filed an amended complaint. Instead, Meijers has filed a Response to the Court's order, explaining that he has since received a right-to-sue letter under the Federal Tort Claims Act. Filing 17 at 1–4. Meijers also represents that he is facing severe health problems that make it difficult for him to work on his own case, and that he is trying to find an attorney to represent him. Filing 17 at 1–2. Meijers represents that he needs additional time to find an attorney, but has not actually requested that the Court stay this case or otherwise grant an extension of time to file an amended complaint. The Court therefore sees no reason to further extend the deadlines in *this* case, as Meijers remains free to re-file his complaint in a new case. Accordingly,

      IT IS ORDERED:

      1.    This case is dismissed without prejudice; and

      2.    A separate judgment will be entered.

- 2 -

Dated this 15th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge