IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF MEIJERS,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | 4:13-CV-3064<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order, this case is dismissed, without prejudice.

Dated this 15th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge